USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 4 2014

Nathan, A.

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Freeplay Music, LLC<br><br>               Plaintiff,<br>vs.<br><br>GenScript USA, Inc.<br><br>               Defendants. | Civil Action No.: 14-cv-942 (AJN)(AJP)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-captioned action having been amicably adjusted by and between the parties, Freeplay Music LLC, GenScript USA, Inc. and their respective counsel, it is hereby stipulated and agreed that all claims by and against such parties are hereby dismissed in their entirety with prejudice without costs against any party.

Nixon Peabody LLP
Attorneys for Freeplay Music LLC

By: _____
Seth L. Berman, Esq.

Dated: 9/8/14

Hill Wallack LLP
Attorneys for GenScript USA, Inc.

By: _____
Kun Zhao, Esq.

Dated: 9/4/2014

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

10/4/14

4